**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 4 WM 2021 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JOSHUA EVANS, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the "Petition for Extraordinary Relief under King's Bench Jurisdiction" and the Motion for Entry of Default Judgment are DENIED.